# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-2803
_____

Janice L. Groteboer

Plaintiff - Appellant

v.

Eyota Economic Development Authority, doing business as Arbor Gardens of Eyota; Tealwood Management, LLC

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:08-cv-06114-DSD)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 29, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans